UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
FARBOD AMINI,       )
           )
               Plaintiff,   )   No. C11-0974RSL
           )
   v.        )
           )   ORDER DENYING PLAINTIFF'S
BANK OF AMERICA CORPORATION,  )   SECOND MOTION TO AMEND
*et al.*,        )   COMPLAINT
           )
               Defendants.   )
_____)

This matter comes before the Court on "Plaintiff's Second Motion for Leave to File Third Amended Complaint." Dkt. # 103. Contrary to plaintiff's supposition, the previous denial was not prompted by the pending trial date, but rather by a lack of diligence on plaintiff's part. The second motion to amend is, therefore, DENIED.

Dated this 3rd day of May, 2013.

_____
Robert S. Lasnik
United States District Judge