UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
FARBOD AMINI,

               Plaintiff,

    v.

BANK OF AMERICA CORPORATION,
*et al.*,

               Defendants.
_____)

No. C11-0974RSL

ORDER DENYING PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT

      This matter comes before the Court on "Plaintiff's Second Motion for Leave to File Third Amended Complaint." Dkt. # 103. Contrary to plaintiff's supposition, the previous denial was not prompted by the pending trial date, but rather by a lack of diligence on plaintiff's part. The second motion to amend is, therefore, DENIED.

      Dated this 3rd day of May, 2013.

_____
Robert S. Lasnik
United States District Judge