The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARBOD AMINI, a single man,<br><br>      Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA, N.A., a national bank association; and LANDSAFE APPRAISAL SERVICES, INC., a corporation,<br><br>      Defendants. | NO. C11-0974 RSL<br><br>ORDER CONTINUING TRIAL DATE |

THIS MATTER came before the Court upon the parties' Stipulated Motion for Trial Continuance. The Court finds good cause exists to grant the parties' motion. Now therefore, it is hereby

ORDERED that the trial for this matter is continued to September 9, 2013. The Clerk of the Court is directed to issue a new case scheduling order consistent with this trial date.

Done this 13th day of May, 2013.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE
(NO. C11-0974 RSL)

Berry & Beckett PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346