The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FARBOD AMINI, a single man,

                Plaintiff,

   vs.

BANK OF AMERICA, N.A., a national
bank association; and LANDSAFE
APPRAISAL SERVICES, INC., a
corporation,

                Defendants.

NO. C11-0974 RSL

ORDER CONTINUING TRIAL DATE

     THIS MATTER came before the Court upon the parties' Stipulated Motion for Trial

Continuance. The Court finds good cause exists to grant the parties' motion. Now therefore,

it is hereby

     ORDERED that the trial for this matter is continued to September 9, 2013. The Clerk

of the Court is directed to issue a new case scheduling order consistent with this trial date.

     Done this 13th day of May, 2013.

*MNT S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE
(NO. C11-0974 RSL)

Berry&Beckett
1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346